UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD DALAF LOUAYME,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et a.,<br><br>Defendants. | No. 2:23-cv-01009-TLN-CKD<br><br><br><br>**ORDER** |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On August 25, 2023, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 13.) No party filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed August 25, 2023 (ECF No. 13) are ADOPTED IN FULL;
2. Defendants' motion to remand (ECF No. 7) is GRANTED;
3. This matter is remanded to USCIS with instructions to reopen and complete adjudication within 30 days from the date of this order;
4. The parties shall file a joint status report or individual status reports within 10 days of completion of adjudication by USCIS;
5. All filing deadlines are suspended, and this case is stayed pending an order from the Court to reopen or dismiss this action.

Date:  September 22, 2023

_____
Troy L. Nunley
United States District Judge

2